| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newman, Jon O. | U.S. Court of Appeals for the Second Circuit | 09/23/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge senior status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Corporator | Hartford Hospital |
| 2. | Corporator | Institute of Living |
| 3. | Elector | Hartford Atheneum |
| 4. | Life Regent | University of Hartford |
| 5. | Trustee | Martha Newman Family Trust (assets listed in Part VII, lines 117-135 for Trust No. 1) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/1/18 | North Carolina Univ. Press, book royalty | $109.00 |
| 2. 10/26/18 | William S. Hein & Co., book royalty | $2,621.83 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 9/19/18 | University of North Carolina Press royalty |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale University | Sept. 16-19, 2018 | New Haven, CT | attend Global Constitutional Seminar | breakfasts and parking three days |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Yale University | three nights lodging, lunches, and dinners at Global Constitutional seminar | $900.00 |
| 2. | Duke University | five nights lodging, lunches, and dinners at Jurist in Residence prograsm | $1,325.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank accounts and cash (H): | | | | | | | | | |
| 2. Bank of America Sarasota FL | A | Int./Div. | M | T | | | | | |
| 3. Wells Fargo Bank | A | Int./Div. | J | T | | | | | |
| 4. Morgan Stanley account (H): | | | | | | | | | |
| 5. Morgan Stanley Active Assets Tax Free Trust | A | Interest | P1 | T | | | | | |
| 6. stocks (H): | | | | | | | | | |
| 7. Adient | | None | J | T | | | | | |
| 8. Air Products | C | Dividend | M | T | | | | | |
| 9. Cigna | | None | L | T | Buy | 12/21/18 | L | | |
| 10. Cisco | B | Dividend | M | T | | | | | |
| 11. Cummins | C | Dividend | M | T | | | | | |
| 12. Devon Energy | B | Dividend | K | T | | | | | |
| 13. Express Scripts | | None | | | Sold | 12/21/18 | L | F | |
| 14. Johnson and Johnson | C | Dividend | M | T | | | | | |
| 15. Johnson Controls | C | Dividend | M | T | | | | | |
| 16. Johnson Control Intl | | None | M | T | | | | | |
| 17. Merck | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft | B | Dividend | M | T | | | | | |
| 19. Minnesota Mining and Manufacturing | C | Dividend | M | T | | | | | |
| 20. Royal Dutch Shell | D | Dividend | M | T | | | | | |
| 21. Total Fina | D | Dividend | M | T | | | | | |
| 22. Versum | | None | K | T | | | | | |
| 23. mutual funds and Exchange-Traded Funds (H): | | | | | | | | | |
| 24. Calamos Growth & Income C Fund | D | Distribution | M | T | | | | | |
| 25. Dreyfus Premier Technology Fund | A | Distribution | K | T | | | | | |
| 26. Fed Max Cap Fund | B | Distribution | L | T | | | | | |
| 27. Henderson Int'l Op. Fund (see note part VIII) | | None | | | Expired | 06/01/18 | K | | |
| 28. Invesco Balanced Risk Alloc. C Fund | B | Distribution | M | T | | | | | |
| 29. Janus Henderson Intl Fund (see note Part VIII) | | None | K | T | | | | | |
| 30. Mainstay Large Cap Fund | B | Dividend | L | T | | | | | |
| 31. Oppenheimer Mid Cap Revenue Fund | A | Dividend | L | T | | | | | |
| 32. Oppenheimer Roch AMT Free Mu C Fund | | None | L | T | | | | | |
| 33. Oppenheimer Small Cap Revenue Fund ?????? | A | Dividend | L | T | | | | | |
| 34. Prudential Jennison Small Cap Cl C Fund | C | Distribution | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab 1000 Fund | B | Distribution | L | T | | | | | |
| 36. SPDR Barcap Short Term Hi Yield Fund | B | Dividend | K | T | | | | | |
| 37. bonds (H): | | | | | | | | | |
| 38. Bound Brook NJ '21 4.0 | B | Interest | L | T | | | | | |
| 39. Clark Cty Nev. '21 5.0 | B | Interest | | | Matured | 06/15/18 | K | | |
| 40. CT Health & Ed. '19 5.0 | A | Interest | | | Redeemed | 07/02/18 | L | | |
| 41. Danbury CT. '19 2.5 | B | Interest | L | T | | | | | |
| 42. Davenport Iowa '21 2.0 | B | Interest | L | T | | | | | |
| 43. Duncanville TX '18 0 | | None | | | Matured | 02/15/18 | K | | |
| 44. Elkhorn Minn '23 2.0 | | None | K | T | Buy | 10/05/18 | K | | |
| 45. Harris Cnty TX '22 30 | B | Interest | L | T | | | | | |
| 46. Hawaii G.O. '18 4.0 | A | Interest | | | Matured | 06/15/18 | K | | |
| 47. Holdingford Minn School '23 5.0 | | None | L | T | Buy | 10/05/18 | L | | |
| 48. Jackson County '18 4.0 | B | Interest | | | Matured | 07/02/18 | K | | |
| 49. Kenton Cnty KY '20 2.0 | A | Interest | K | T | | | | | |
| 50. LaPorte Ind | A | Interest | K | T | | | | | |
| 51. Mich St Strat. '20 5.0 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. N.Y. Housing Develop. '18 2.25 | A | Interest | | | Matured | 05/01/18 | K | | |
| 53. Oxford Mass G.O. '19 2.0 | A | Interest | L | T | | | | | |
| 54. Penn. Higher Ed. | A | Interest | | | Redeemed | 06/15/18 | K | | |
| 55. Phoenix Ariz '19 3.0 | B | Interest | K | T | | | | | |
| 56. Peoria IL Pub. Bldg. '21 0.0 | | None | K | T | | | | | |
| 57. Rhode Island Comm Corp '22 5.0 | B | Interest | L | T | Buy | 02/02/18 | L | | |
| 58. South Amboy NJ '22 4.0 | B | Interest | L | T | | | | | |
| 59. Spokane Wash. '20 5.0 | B | Interest | | | Redeemed | 06/01/18 | K | | |
| 60. Tampa Bay FL. Water '18 5.0 | B | Interest | | | Matured | 10/01/18 | K | | |
| 61. Univ. CT '22 5.0 | B | Interest | L | T | Buy | 02/02/18 | L | | |
| 62. West Wildwood, NJ -21 3.0 | B | Interest | L | T | | | | | |
| 63. Wells Fargo Account (H): | | | | | | | | | |
| 64. Wells Fargo Advisors, Sarasota FL Money Market Acct | A | Interest | J | T | | | | | |
| 65. stocks (H): | | | | | | | | | |
| 66. Aflac | A | Dividend | J | T | | | | | |
| 67. AT&T | A | Dividend | J | T | Buy (add'l) | 09/21/18 | J | | |
| 68. Amgen | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Apple | A | Dividend | J | T | Buy (add'l) | 11/05/18 | J | | |
| 70. Berkshire Hathaway | | None | J | T | | | | | |
| 71. Broadcom | | None | J | T | Buy | 07/10/18 | J | | |
| 72. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 73. Cisco | A | Dividend | J | T | | | | | |
| 74. Colgate-Palmolive | A | Dividend | | | Sold | 11/05/18 | J | A | |
| 75. Dow Chemical | A | Dividend | J | T | | | | | |
| 76. ExxonMobil | A | Dividend | J | T | | | | | |
| 77. General Mills | A | Dividend | | | Buy (add'l) | 09/21/18 | J | | |
| 78. | | | | | Sold (part) | 10/15/18 | J | | |
| 79. | | | | | Sold | 11/05/18 | J | | |
| 80. Home Depot | A | Dividend | J | T | | | | | |
| 81. Illinois Tool Works | A | Dividend | | | Sold | 07/10/18 | J | C | |
| 82. Intel | A | Dividend | J | T | | | | | |
| 83. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 84. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 85. Kimberly-Clark | A | Dividend | J | T | Sold (part) | 07/24/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Merck | A | Dividend | J | T | | | | | |
| 87. Minnesota Mining & Manufacturing | A | Dividend | J | T | | | | | |
| 88. Newell Brands | | None | J | T | Buy | 11/05/18 | J | | |
| 89. Nextera Energy | A | Dividend | J | T | | | | | |
| 90. Pfizer | A | Dividend | J | T | | | | | |
| 91. Procter & Gamble | A | Dividend | J | T | | | | | |
| 92. Raytheon | A | Dividend | | | Sold | 12/18/18 | J | | |
| 93. US Bancorp | A | Dividend | J | T | | | | | |
| 94. Verizon | A | Dividend | J | T | | | | | |
| 95. Merrill Edge Account (H) | | | | | | | | | |
| 96. Merrill Lynch direct deposit program | | None | J | T | | | | | |
| 97. ETF and Mutual Funds (H) | | | | | | | | | |
| 98. AB Large Capital Growth Fund | | None | K | T | | | | | |
| 99. Ishares core S&P small cap etf fund | A | Dividend | K | T | | | | | |
| 100. Ishares S&P small cap 600 growth fund | A | Dividend | K | T | | | | | |
| 101. Janus Henderson Enterprise Fund | A | Dividend | K | T | | | | | |
| 102. Powershares QQQ Trust Units Ser. 1 Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Mid-Cap Value Index Fund | A | Dividend | K | T | | | | | |
| 104. bonds (H) | | | | | | | | | |
| 105. Mass. G.O. 5.5 '19 | A | Interest | K | T | Buy | 09/28/18 | K | | |
| 106. Wisc. Environmental 5.0 '20 | A | Interest | K | T | Buy | 09/28/18 | K | | |
| 107. Miami-Dade Cty. 5.0 '20 | A | Interest | K | T | Buy | 10/04/18 | K | | |
| 108. N.Y.St. Dorm. '21 5.0 | A | Interest | L | T | Buy | 10/04/18 | K | | |
| 109. stocks (H) | | | | | | | | | |
| 110. Apple Inc. | A | Dividend | K | T | | | | | |
| 111. Other (H): | | | | | | | | | |
| 112. 1/2 Int. W. Htfd. CT., Condo purchased 8/9/88 $115,000 | | None | | | Donated | | | | |
| 113. Thames & Hudson Royalty Contract | A | Royalty | J | W | | | | | |
| 114. AIG Annuity (IRA) | B | Interest | K | T | | | | | |
| 115. AIG Annuity (IRA) | A | Interest | J | T | | | | | |
| 116. Trust No. 1 (H): | | | | | | | | | |
| 117. - Morgan Stanley Active Assets Tax Free Trust | B | Interest | N | T | | | | | |
| 118. - stocks (H): | | | | | | | | | |
| 119. - Corning | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Exxon Mobil | D | Dividend | M | T | | | | | |
| 121. - Honeywell | B | Dividend | L | T | | | | | |
| 122. - Insteel | C | Dividend | L | T | | | | | |
| 123. - Johnson Controls Intl | A | Dividend | J | T | | | | | |
| 124. - Koninklijke Phillips | A | Dividend | K | T | | | | | |
| 125. - M & T Bank | C | Dividend | M | T | | | | | |
| 126. - Medtronic | A | Dividend | K | T | | | | | |
| 127. - Norfolk Southern | C | Dividend | M | T | | | | | |
| 128. - Pfizer | B | Dividend | K | T | | | | | |
| 129. - mutual funds (H): | | | | | | | | | |
| 130. - Federated Municipal High Yield Advantage A Fund | D | Int./Div. | N | T | | | | | |
| 131. - bonds (H): | | | | | | | | | |
| 132. - Bridgeport, CT '19 5.5 | D | Interest | M | T | | | | | |
| 133. - CT St Spl Tax '20 3.9 | B | Interest | L | T | | | | | |
| 134. - Penn. ST Higher ed. '18 5.0 | B | Interest | | | Matured | 05/15/18 | K | | |
| 135. - Washington State mtr fuel '20 5.0 | B | Interest | | | Redeemed | 01/02/18 | K | | |
| 136. - Trust No. 2 (H): | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - brokerage account No. 1 (H): | | | | | | | | | |
| 138. - Morgan Stanley Active Assets Tax Free Trust | C | Interest | O | T | | | | | |
| 139. - stocks (H): | | | | | | | | | |
| 140. - 3M | C | Dividend | M | T | | | | | |
| 141. - Adobe Systems | | None | M | T | | | | | |
| 142. - Agilent | A | Dividend | L | T | | | | | |
| 143. - American Express | A | Dividend | M | T | | | | | |
| 144. - Automatic Data Processing | C | Dividend | M | T | | | | | |
| 145. - Baxter Int'l | C | Dividend | N | T | | | | | |
| 146. - Becton Dickinson | C | Dividend | N | T | | | | | |
| 147. - CDK Global | A | Dividend | K | T | | | | | |
| 148. - Cigna | A | Dividend | N | T | | | | | |
| 149. - Dominion Resources | D | Dividend | M | T | | | | | |
| 150. - Edwards Life Resources | | None | N | T | | | | | |
| 151. - Emerson Electric | B | Dividend | L | T | | | | | |
| 152. - Express Scripts | | None | | | Redeemed | 12/24/18 | K | E | |
| 153. - General Mills | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Home Depot | D | Dividend | O | T | | | | | |
| 155. - Intel | C | Dividend | M | T | | | | | |
| 156. - IBM | A | Dividend | K | T | | | | | |
| 157. - Keysight Technologies | | None | K | T | | | | | |
| 158. - McDonalds | C | Dividend | M | T | | | | | |
| 159. - Microsoft | D | Dividend | N | T | | | | | |
| 160. - Procter & Gamble | C | Dividend | L | T | | | | | |
| 161. - RPM Int'l | D | Dividend | N | T | | | | | |
| 162. - Shire | A | Dividend | M | T | | | | | |
| 163. - Travelers | B | Dividend | L | T | | | | | |
| 164. - T Rowe Price | B | Dividend | L | T | | | | | |
| 165. - Weyerhauser | | None | K | T | | | | | |
| 166. - bonds (H): | | | | | | | | | |
| 167. - Baltimore MD '22 5.0 | B | Interest | L | T | | | | | |
| 168. - Brainard Minn '21 1.75 | A | Interest | K | T | | | | | |
| 169. - Cape Coral FL '40 6.0 | C | Interest | M | T | | | | | |
| 170. - Carbon Cnty PA '20 5.0 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Cromwell CT '20 4.0 | B | Interest | L | T | | | | | |
| 172. - Delton Kellogg MY Sch '22 4.0 | B | Interest | L | T | | | | | |
| 173. - FYI PPTYS Wash. Lease '18 5.0 | B | Interest | | | Matured | 06/01/18 | K | | |
| 174. - Harrison NJ '20 3.0 | B | Interest | L | T | | | | | |
| 175. - Indiana St Fin '19 5.0 | C | Interest | L | T | | | | | |
| 176. - Morgan Stanley Active AssetsTax Free Trust (see note Part VIII) | | None | | | Closed | 01/15/18 | O | | |
| 177. - New York City Trust for Cultural Reserve '21 5.0 | B | Interest | K | T | | | | | |
| 178. - New York ST Urban Dev '19 5.50 | C | Interest | L | T | | | | | |
| 179. - Oklahoma '19 5.0 | B | Interest | L | T | | | | | |
| 180. - Tampa FL '18 4.0 | B | Interest | | | Matured | 11/15/18 | K | | |
| 181. - Vancouver Wash. '22 5.0 | B | Interest | L | T | | | | | |
| 182. - Washington Health '23 5.25 | C | Interest | | | Redeemed | 08/01/18 | K | | |
| 183. - West Orange NY '22 2.0 | B | Interest | K | T | | | | | |
| 184. - brokerage account No. 2 (H): | | | | | | | | | |
| 185. - Morgan Stanley, New Haven, CT Money Market Acct. | A | Interest | K | T | | | | | |
| 186. - stocks (H): | | | | | | | | | |
| 187. - Abbott Labs | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Abbvie | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 189. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 190. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 191. - Air Products | A | Dividend | J | T | Sold (part) | 05/11/18 | J | A | |
| 192. - Alphabet Inc. | | None | J | T | | | | | |
| 193. - Amazon | | None | J | T | Buy | 06/26/18 | J | | |
| 194. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 195. - American Express | A | Dividend | J | T | Sold (part) | 05/11/18 | J | A | |
| 196. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 197. - Anheuser Busch | A | Dividend | J | T | Buy (add'l) | 05/11/18 | J | | |
| 198. | | | | | Sold (part) | 06/26/18 | J | | |
| 199. - Apple | A | Dividend | J | T | Sold (part) | 05/11/18 | J | C | |
| 200. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 201. - ASML Holding | A | Dividend | J | T | Sold (part) | 05/11/18 | J | A | |
| 202. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 203. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 204. - Automatic Data Processing | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 60

Name of Person Reporting

Newman, Jon O.

Date of Report

09/23/2019

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - Blackrock | A | Dividend | J | T | Buy (add'l) | 12/31/18 | J | | |
| 206. - CDN Pacific RY | A | Dividend | J | T | | | | | |
| 207. - Chevron | A | Dividend | J | T | | | | | |
| 208. - Chubb | A | Dividend | J | T | Buy (add'l) | 05/14/18 | J | | |
| 209. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 210. - Coca-cola | A | Dividend | J | T | Buy (add'l) | 05/14/18 | J | | |
| 211. | | | | | Sold (part) | 09/28/18 | J | A | |
| 212. - Comcast | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 213. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 214. | | | | | Sold (part) | 06/26/18 | J | A | |
| 215. - Conoco | A | Dividend | J | T | Sold (part) | 05/11/18 | J | A | |
| 216. - Constellation Brands | A | Dividend | J | T | Sold (part) | 09/28/18 | J | A | |
| 217. - Estee Lauder | A | Dividend | J | T | Sold (part) | 05/11/18 | J | A | |
| 218. - Exxon Mobil | B | Dividend | J | T | Buy (add'l) | 05/14/18 | J | | |
| 219. | | | | | Sold (part) | 09/28/18 | J | | |
| 220. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 221. - Facebook | | None | J | T | Buy (add'l) | 06/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 223. - Infineon | A | Dividend | J | T | Buy | 02/06/18 | J | | |
| 224. | | | | | Buy (add'l) | 05/11/18 | J | | |
| 225. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 226. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 227. - Intercontinental Exchange Group | A | Dividend | J | T | Sold (part) | 09/28/18 | J | A | |
| 228. - Intuitive Surgical | | None | J | T | | | | | |
| 229. - JP Morgan Chase | A | Dividend | J | T | Sold (part) | 05/11/18 | J | A | |
| 230. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 231. - Linde PLC | A | Dividend | J | T | Buy | 09/01/18 | J | | |
| 232. - Mastercard | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 233. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 234. - McDonalds | A | Dividend | J | T | Sold (part) | 05/11/18 | J | A | |
| 235. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 236. - Microsoft | A | Dividend | J | T | | | | | |
| 237. | | | | | | | | | |
| 238. - Nestle | A | Dividend | J | T | Buy (add'l) | 05/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 06/26/18 | J | A | |
| 240. - Nike | A | Dividend | J | T | | | | | |
| 241. - Novartis | A | Dividend | | | Buy (add'l) | 05/14/18 | J | | |
| 242. | | | | | Sold | 06/26/18 | J | | |
| 243. - Novo-Nordisk | A | Dividend | J | T | | | | | |
| 244. - Oracle | A | Dividend | | | Sold | 02/02/18 | J | A | |
| 245. - Pepsico | A | Dividend | J | T | Buy (add'l) | 05/14/18 | J | | |
| 246. | | | | | Sold (part) | 06/26/18 | J | A | |
| 247. - Phillip Morris | A | Dividend | J | T | Buy (add'l) | 05/11/18 | J | | |
| 248. | | | | | Sold (part) | 06/26/18 | J | A | |
| 249. | | | | | Sold (part) | 09/28/18 | J | | |
| 250. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 251. - Praxair | A | Dividend | | | Sold | 10/31/18 | J | A | |
| 252. - Procter & Gamble | A | Dividend | | | Sold | 10/31/18 | J | A | |
| 253. - Roche Holding | A | Dividend | J | T | Buy (add'l) | 05/11/18 | J | | |
| 254. | | | | | Sold (part) | 06/26/18 | J | A | |
| 255. - Sherwin Williams | A | Dividend | J | T | Buy | 09/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. - State St. Corp. | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 257. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 258. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 259. - Texas Instruments | A | Dividend | J | T | Sold (part) | 05/11/18 | J | A | |
| 260. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 261. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 262. - Total | A | Dividend | J | T | | | | | |
| 263. - Twenty-first Century Fox | A | Dividend | J | T | Sold (part) | 05/11/18 | J | A | |
| 264. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 265. - Union Pacific | A | Dividend | J | T | | | | | |
| 266. - United Health | A | Dividend | J | T | | | | | |
| 267. - United Technologies | A | Dividend | J | T | | | | | |
| 268. - Verisk Analytics | | None | J | T | Buy | 02/06/18 | J | | |
| 269. - Visa | A | Dividend | J | T | | | | | |
| 270. - Walgreen | A | Dividend | J | T | Sold (part) | 05/10/18 | J | A | |
| 271. - Walt Disney | A | Dividend | J | T | Buy (add'l) | 05/14/18 | J | | |
| 272. | | | | | Sold (part) | 06/26/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 09/28/18 | J | A | |
| 274. - Wells Fargo | A | Dividend | J | T | Buy (add'l) | 05/14/18 | J | | |
| 275. | | | | | Sold (part) | 09/28/18 | J | A | |
| 276. - exchange traded and closed end funds (H): | | | | | | | | | |
| 277. - Alerian MLP Exchange Traded Fund | C | Interest | K | T | Buy (add'l) | 05/14/18 | J | | |
| 278. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 279. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 280. - PowerShares Russell Midcap Pure Growth Fund | A | Dividend | K | T | Sold (part) | 05/11/18 | J | C | |
| 281. - PowerShares Russell Midcap Pure Value Fund | A | Dividend | K | T | Buy (add'l) | 05/14/18 | J | | |
| 282. - SPDR Dow Jones Wilshire Int'l Real Est. Fund | A | Dividend | K | T | Buy (add'l) | 05/14/18 | J | | |
| 283. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 284. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 285. - SPDR Nuveen Barclays Mun. Fund (see Part VIII) | A | Int./Div. | K | T | Buy (add'l) | 05/14/18 | J | | |
| 286. -Vanguard TTL World Stk Index Fund | B | Dividend | L | T | | | | | |
| 287. - mutual funds (H): | | | | | | | | | |
| 288. - Brandes Emergins Markets I Fund | A | Dividend | K | T | | | | | |
| 289. - Cohen & Steers Realty Fund | B | Distribution | K | T | Buy (add'l) | 05/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - Davis NY Venture Fund | D | Distribution | K | T | Buy (add'l) | 05/14/18 | J | | |
| 291. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 292. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 293.  - Invesco Russell Midcap Fund | B | Dividend | J | T | Buy | 12/31/18 | J | | |
| 294.  - Franklin Conv. Sec. Adv. Fund | B | Distribution | K | T | | | | | |
| 295.  - Invesco Premier Tx Exempt Inst. Fund | A | Int./Div. | K | T | Buy (add'l) | 05/14/18 | J | | |
| 296.  - Invesco Small Cap Value Fund | C | Distribution | K | T | Buy (add'l) | 05/14/18 | J | | |
| 297. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 298. | | | | | Buy (add'l) | 12/31/18 | K | | |
| 299.  - JHF Seaport Long/Short Fund | B | Distribution | K | T | Buy | 10/29/18 | K | | |
| 300.  - JP Morgan Dynamic Sm Cp Gr Sel Fund | D | Distribution | K | T | Buy (add'l) | 12/31/18 | J | | |
| 301.  - Legg Mason WA Emerg. Mkt. Debt I Fund | B | Dividend | K | T | Buy (add'l) | 05/14/18 | J | | |
| 302. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 303.  - Mainstay Large Cap Grw I Fund | D | Distribution | K | T | Buy (add'l) | 12/31/18 | J | | |
| 304.  - Mainstay Marketfield I Fund | | None | | | Buy (add'l) | 06/29/18 | J | | |
| 305. | | | | | Sold | 10/29/18 | K | | |
| 306.  - Nuveen limited term muni bond I Fund | A | Int./Div. | L | T | Buy (add'l) | 05/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.   - Oppenheier Int'l Bond Y Fund | A | Distribution | K | T | Buy (add'l) | 05/14/18 | J | | |
| 308. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 309.   - Prudential Jennison Mid Cap GW Z Fund | C | Distribution | K | T | Buy (add'l) | 05/14/18 | J | | |
| 310. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 311. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 312.   - Trust No. 3 (H): | | | | | | | | | |
| 313.   - Brokerage Account No. 1 (H): | | | | | | | | | |
| 314.   - Morgan Stanley Active Assets Tax Free Trust | C | Interest | O | T | | | | | |
| 315.   - stocks (H): | | | | | | | | | |
| 316.   - 3M Co. | D | Dividend | M | T | | | | | |
| 317.   - Air Products | B | Dividend | M | T | | | | | |
| 318.   - Apple | B | Dividend | M | T | | | | | |
| 319.   - Danaher | A | Dividend | L | T | | | | | |
| 320.   - Fortive | A | Dividend | K | T | | | | | |
| 321.   - Johnson & Johnson | B | Dividend | L | T | | | | | |
| 322.   - Versum | A | Dividend | J | T | | | | | |
| 323.   - bonds (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - Bay County FL School '18 3.5 | B | Interest | | | Matured | 07/02/18 | K | | |
| 325.  - Griswold '18 3.0 | A | Interest | | | Matured | 02/01/18 | K | | |
| 326.  - Janesville Wis. Sch. '19 4.125 | B | Interest | L | T | | | | | |
| 327.  - Okla. Water Resources '19 5.0 | B | Interest | L | T | | | | | |
| 328.  - brokerage account No. 2 (H): | | | | | | | | | |
| 329.  - Morgan Stanley Active Assets Tax Free Trust | A | Interest | M | T | | | | | |
| 330.  - stocks (H): | | | | | | | | | |
| 331.  - American Express | A | Dividend | J | T | Sold (part) | 06/01/18 | J | A | |
| 332.  - Amerisourcebergen | | None | J | T | Buy | 09/11/18 | J | | |
| 333. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 334.  - Annaly Capital Mnmgt | A | Dividend | | | Buy (add'l) | 02/08/18 | J | | |
| 335. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 336. | | | | | Sold | 12/13/18 | J | A | |
| 337.  - Cisco | A | Dividend | J | T | Sold (part) | 03/01/18 | J | C | |
| 338. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 339. | | | | | Sold (part) | 11/12/18 | J | A | |
| 340. | | | | | Buy (add'l) | 12/20/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  - Conoco Phllips | A | Dividend | J | T | Sold (part) | 05/11/18 | J | C | |
| 342. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 343.  - CVS Health | A | Dividend | | | Buy (add'l) | 02/08/18 | J | | |
| 344. | | | | | Sold | 05/10/18 | J | | |
| 345.  - Diamond Offshore Drilling | | None | J | T | Sold (part) | 05/10/18 | J | C | |
| 346. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 347.  - Ebay | | None | J | T | Sold (part) | 03/06/18 | J | C | |
| 348. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 349. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 350. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 351. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 352. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 353.  - Exelon | A | Dividend | J | T | Sold (part) | 08/20/18 | J | B | |
| 354.  - Exxon Mobil | A | Dividend | J | T | Buy (add'l) | 02/08/18 | J | | |
| 355. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 356.  - Facebook | | None | J | T | Buy | 08/06/18 | J | | |
| 357. | | | | | Buy (add'l) | 09/28/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 359. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 360. - Franklin Resources | A | Dividend | J | T | Buy (add'l) | 02/08/18 | J | | |
| 361. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 362. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 363. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 364. - Glaxo Smith Kline | A | Dividend | K | T | Buy (add'l) | 01/18/18 | J | | |
| 365. - Hartford Financial Services | | None | J | T | Buy | 12/13/18 | J | | |
| 366. - Honda | A | Dividend | J | T | Buy (add'l) | 06/28/18 | J | | |
| 367. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 368. - Johnson & Johnson | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 369. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 370. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 371. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 372. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 373. - Kroger | A | Dividend | J | T | Buy (add'l) | 05/10/18 | J | | |
| 374. | | | | | Sold (part) | 08/10/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 376.  - Lowes | A | Dividend | J | T | Sold (part) | 08/22/18 | J | B | |
| 377. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 378.  - Mack Cali Realty | A | Dividend | J | T | Buy (add'l) | 02/08/18 | J | | |
| 379. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 380.  - McKesson | A | Dividend | J | T | Buy (add'l) | 02/08/18 | J | | |
| 381. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 382. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 383. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 384.  - Medtronic | A | Dividend | J | T | | | | | |
| 385.  - Microsoft | A | Dividend | | | Sold (part) | 05/11/18 | J | B | |
| 386. | | | | | Sold | 06/04/18 | J | D | |
| 387.  - Mohawk | | None | J | T | Buy | 09/17/18 | J | | |
| 388. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 389.  - Molson | A | Dividend | J | T | Buy | 05/10/18 | J | | |
| 390. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 391. | | | | | Buy (add'l) | 12/31/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - National Grid | A | Dividend | J | T | Buy | 03/01/18 | J | | |
| 393. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 394. - Pepsico | A | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 395. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 396. - PNC Funancial | A | Dividend | J | T | Sold (part) | 02/23/18 | J | C | |
| 397. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 398. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 399. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 400. - PPG | A | Dividend | J | T | | | | | |
| 401. - Procter & Gamble | A | Dividend | J | T | Buy (add'l) | 02/05/18 | J | | |
| 402. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 403. | | | | | Buy (add'l) | 06/12/18 | J | | |
| 404. | | | | | Sold (part) | 12/04/18 | J | A | |
| 405. - Qualcomm | A | Dividend | J | T | | | | | |
| 406. - Schlumberger | A | Dividend | J | T | Buy (add'l) | 05/29/18 | J | | |
| 407. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 408. | | | | | Buy (add'l) | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Suntrust | A | Dividend | J | T | Buy (add'l) | 12/12/18 | J | | |
| 410. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 411. - Taiwan Semiconductor | A | Dividend | | | Sold | 08/06/18 | J | C | |
| 412. - Target | A | Dividend | J | T | Sold (part) | 03/01/18 | J | B | |
| 413. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 414. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 415. - Torchmark | A | Dividend | J | T | Sold (part) | 05/11/18 | J | B | |
| 416. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 417. - Travelers | A | Dividend | J | T | | | | | |
| 418. - US Bancorp | A | Dividend | J | T | Buy (add'l) | 02/23/18 | J | | |
| 419. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 420. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 421. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 422. - United Parcel | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 423. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 424. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 425. | | | | | Buy (add'l) | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. - Verizon | A | Dividend | J | T | Buy (add'l) | 02/08/18 | J | | |
| 427. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 428. | | | | | Buy (add'l) | 06/12/18 | J | | |
| 429. - Wal-Mart | A | Dividend | | | Buy (add'l) | 03/06/18 | J | | |
| 430. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 431. | | | | | Sold | 08/06/18 | J | C | |
| 432. - Wells Fargo | A | Dividend | J | T | Buy (add'l) | 05/10/18 | J | | |
| 433. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 434. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 435. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 436. - Exchange Traded & Closed End Funds (H): | | | | | | | | | |
| 437. - Deutsche X-Trackers MSCI Fund | D | Dividend | M | T | Buy (add'l) | 02/08/18 | J | | |
| 438. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 439. - IShares MSCI Small Cap Fund | B | Dividend | K | T | | | | | |
| 440. - Ishares JP Morgan EM bond Fund | B | Dividend | L | T | Buy (add'l) | 02/08/18 | J | | |
| 441. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 442. | | | | | Buy (add'l) | 06/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 60

Name of Person Reporting

Newman, Jon O.

Date of Report

09/23/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 444. - IShares Short Treasury bond fund | A | Dividend | K | T | Buy | 05/10/18 | K | | |
| 445. | | | | | Buy (add'l) | 05/28/18 | J | | |
| 446. | | | | | Sold (part) | 09/19/18 | J | A | |
| 447. - Mutual Funds (H): | | | | | | | | | |
| 448. - American Infl Lnkd Fund | B | Dividend | L | T | Buy (add'l) | 02/08/18 | J | | |
| 449. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 450. - Brandes Int'l small cap equity\ I Fund | B | Dividend | K | T | Buy (add'l) | 02/08/18 | J | | |
| 451. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 452. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 453. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 454. - Franklin Fed. Intm. Trm. Tx. Fr. Adv. Fund | B | Int./Div. | M | T | Buy (add'l) | 02/08/18 | J | | |
| 455. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 456. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 457. - Gabelli Equity Fund | B | Dividend | M | T | Buy (add'l) | 02/08/18 | K | | |
| 458. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 459. | | | | | Buy (add'l) | 06/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 60

Name of Person Reporting

Newman, Jon O.

Date of Report

09/23/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 09/28/18 | K | | |
| 461. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 462.   - Invesco Premier Fund | A | Int./Div. | K | T | Buy (add'l) | 02/08/18 | J | | |
| 463. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 464. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 465.   - Lord Abbett Conv. Fund | D | Dividend | M | T | | | | | |
| 466.   - Nuance Mid Cap Value Fund | B | Dividend | M | T | Buy (add'l) | 02/08/18 | J | | |
| 467. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 468. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 469.   - Nuveen Ltd. Term Mun. Bond Fund | A | Int./Div. | L | T | Buy (add'l) | 02/08/18 | J | | |
| 470. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 471.   - Oppenheimer Int'l Bond Fund | B | Dividend | L | T | Buy (add'l) | 02/08/18 | J | | |
| 472. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 473. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 474. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 475.   -Tweedy Browne Fund | B | Dividend | L | T | Buy (add'l) | 12/31/18 | J | | |
| 476.   - Trust No. 4 (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 60

Name of Person Reporting

Newman, Jon O.

Date of Report

09/23/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  - brokerage account No. 1 (H): | | | | | | | | | |
| 478.  - Morgan Stanley Active Assets Tax Free Trust | C | Interest | N | T | | | | | |
| 479.  - stocks (H): | | | | | | | | | |
| 480.  - Apple | B | Dividend | L | T | | | | | |
| 481.  - Automatic Data Processing | B | Dividend | K | T | | | | | |
| 482.  - CDK Global | A | Dividend | J | T | | | | | |
| 483.  - Danaher | A | Dividend | K | T | | | | | |
| 484.  - Ecolab | B | Dividend | M | T | | | | | |
| 485.  - Fortive | A | Dividend | J | T | | | | | |
| 486.  - Nike Class B | A | Dividend | L | T | | | | | |
| 487.  - United Tchnologies | B | Dividend | L | T | | | | | |
| 488.  - bonds (H): | | | | | | | | | |
| 489.  - Kentucky St Prop '19 4.0 | A | Interest | L | T | | | | | |
| 490.  - U.S. Treasury '18 9.0 | B | Interest | | | Matured | 11/15/18 | K | | |
| 491.  - brokerage account No. 2 (H): | | | | | | | | | |
| 492.  - Morgan Stanley Active Assets Tax Free Trust | | None | J | T | | | | | |
| 493.  - stocks (H): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. - AIA Group | A | Dividend | J | T | Sold (part) | 12/21/18 | J | A | |
| 495. - Air Liquide | A | Dividend | J | T | Sold (part) | 11/29/18 | J | A | |
| 496. - Alfa Laval | A | Dividend | J | T | | | | | |
| 497. - Allergan | A | Dividend | J | T | Buy (add'l) | 02/14/18 | J | | |
| 498. - Allianz | A | Dividend | J | T | | | | | |
| 499. - Ambev | | None | J | T | Buy | 08/17/18 | J | | |
| 500. - AMC | | None | J | T | | | | | |
| 501. - AMN Healthcare | | None | J | T | Buy | 02/01/18 | J | | |
| 502. - Anadarko Petroleum | A | Dividend | J | T | | | | | |
| 503. - Anasys | | None | J | T | | | | | |
| 504. - Aspen Pharmacare | A | Dividend | J | T | Buy (add'l) | 02/20/18 | J | | |
| 505. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 506. - AspenTechnology | | None | J | T | Sold (part) | 06/04/18 | J | B | |
| 507. - Atlas Copco | A | Dividend | J | T | Buy (add'l) | 12/21/18 | J | | |
| 508. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 509. - Autodesk | | None | J | T | | | | | |
| 510. - Baidu | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 60

Name of Person Reporting

Newman, Jon O.

Date of Report

09/23/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - Banco Bilbao | A | Dividend | J | T | | | | | |
| 512. - Bank of the Ozaeks | A | Dividend | | | Sold | 10/23/18 | J | | |
| 513. - Bayer | A | Dividend | J | T | | | | | |
| 514. - Bayerische Motoren Werke | A | Dividend | J | T | | | | | |
| 515. - BBA Aviation | A | Dividend | | | Sold (part) | 11/30/18 | J | A | |
| 516. | | | | | Sold | 12/04/18 | J | A | |
| 517. - Berkley W.R. | A | Dividend | J | T | | | | | |
| 518. - Biogen | | None | J | T | | | | | |
| 519. - Bioverativ | A | Dividend | | | Sold | 01/22/18 | J | A | |
| 520. - Broadcom | A | Dividend | | | Sold | 01/22/18 | J | A | |
| 521. - Canadian Nat. Ry. | A | Dividend | J | T | | | | | |
| 522. - Carlisle | A | Dividend | | | Buy (add'l) | 08/31/18 | J | | |
| 523. | | | | | Sold | 09/04/18 | J | A | |
| 524. - CDW | A | Dividend | J | T | Sold (part) | 08/31/18 | J | B | |
| 525. - Charles River Labs | | None | J | T | Buy | 08/31/18 | J | | |
| 526. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 527. | | | | | Buy (add'l) | 9/4/18 | J | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 60

Name of Person Reporting

Newman, Jon O.

Date of Report

09/23/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Check Point | | None | J | T | Buy (add'l) | 12/20/18 | J | | |
| 529. - Cheese Cake Factory | A | Dividend | J | T | | | | | |
| 530. - Citrix | A | Dividend | J | T | | | | | |
| 531. - Comcast | A | Dividend | J | T | | | | | |
| 532. - Cooper Co. | A | Dividend | J | T | | | | | |
| 533. - Copart | | None | J | T | | | | | |
| 534. - Core Labs | A | Dividend | | | Sold (part) | 06/04/18 | J | A | |
| 535. | | | | | Sold | 10/30/18 | J | | |
| 536. - Cotiviti | | None | | | Buy (add'l) | 01/30/18 | J | | |
| 537. | | | | | Sold | 08/27/18 | J | A | |
| 538. - Cree | | None | J | T | | | | | |
| 539. - CSL | | None | | | Sold (part) | 11/30/18 | J | | |
| 540. | | | | | Sold | 12/04/18 | J | | |
| 541. - Daito Tr Constr Co. | A | Dividend | | | Buy | 01/09/18 | J | | |
| 542. | | | | | Sold | 11/06/18 | J | | |
| 543. - Dassault | A | Dividend | J | T | Sold (part) | 11/06/18 | J | A | |
| 544. - DBS | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 60

Name of Person Reporting

Newman, Jon O.

Date of Report

09/23/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Discovery Communications | | None | J | T | | | | | |
| 546. - Dolby | A | Dividend | J | T | | | | | |
| 547. - DrillQuip | | None | | | Sold | 05/10/18 | J | | |
| 548. - Elanco Animal Health | | None | J | T | Buy | 09/21/18 | J | | |
| 549. - Epiroc Aktiebolag | | None | J | T | Buy | 12/21/18 | J | | |
| 550. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 551. - Expeditors Int'l | A | Dividend | J | T | | | | | |
| 552. - Fanuc | A | Dividend | J | T | | | | | |
| 553. - Flir Systems | A | Dividend | J | T | Buy | 05/10/18 | J | | |
| 554. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 555. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 556. - Fluor | A | Dividend | J | T | Buy (add'l) | 12/31/18 | J | | |
| 557. - Fomento Economico | | None | J | T | Buy | 11/29/18 | J | | |
| 558. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 559. - Freeport McMoran | A | Dividend | J | T | | | | | |
| 560. - Fresenius | A | Dividend | | | Sold | 12/21/18 | J | | |
| 561. - Fuchs Petrolub | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - GCI Liberty Class A (see note, part VIII) | | None | J | T | Spinoff (from line 584) | 03/12/18 | J | | |
| 563. - Grifols S.A. | A | Dividend | J | T | | | | | |
| 564. - Grupo Financiero | A | Dividend | J | T | | | | | |
| 565. - HDFC Bank | A | Dividend | J | T | | | | | |
| 566. - HSBC Holdings | A | Dividend | J | T | | | | | |
| 567. - Icici | A | Dividend | J | T | | | | | |
| 568. - Immunogen | | None | J | T | | | | | |
| 569. - Infineon Technologies | A | Dividend | J | T | Buy (add'l) | 12/21/18 | J | | |
| 570. - Interactive Brokers Group | | None | J | T | Buy | 12/27/18 | J | | |
| 571. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 572. - Ionis Pharmaceuticals | | None | J | T | | | | | |
| 573. - Itau Unibanco | A | Dividend | J | T | | | | | |
| 574. - Jack Henry | A | Dividend | J | T | | | | | |
| 575. - JGC | A | Dividend | J | T | | | | | |
| 576. - Johnson Controls Intl | A | Dividend | J | T | Buy (add'l) | 06/11/18 | J | | |
| 577. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 578. - Kubota | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. - L'Oreal | A | Dividend | J | T | | | | | |
| 580. - L3 Comm. | A | Dividend | J | T | | | | | |
| 581. - Landstar | A | Dividend | | | Sold | 10/30/18 | J | A | |
| 582. - Lennox Int'l | A | Dividend | J | T | | | | | |
| 583. - Liberty Broadband | | None | J | T | Buy (add'l) | 06/11/18 | J | | |
| 584. - Liberty Interactive Co. Inter A (see note Part VIII_ | | None | | | Closed | 04/10/18 | J | | |
| 585. - Liberty Media | | None | J | T | | | | | |
| 586. - Linde PLC | A | Dividend | J | T | Buy | 11/29/18 | J | | |
| 587. - Lions Gate | A | Dividend | J | T | Buy (add'l) | 06/11/18 | J | | |
| 588. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 589. - Logmein | A | Dividend | J | T | Buy (add'l) | 12/31/18 | J | | |
| 590. - Lonza Group | | None | J | T | Buy | 05/10/18 | J | | |
| 591. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 592. - LVMH Moet | A | Dividend | J | T | | | | | |
| 593. - Manhattan Assoc. | | None | | | Sold | 05/10/18 | J | | |
| 594. - Medtronics | A | Dividend | J | T | | | | | |
| 595. - Mitsubishi | | None | | | Sold | 01/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - Monotaro | A | Dividend | J | T | | | | | |
| 597. - MSCI Inc Com | A | Dividend | J | T | | | | | |
| 598. - Naspers Ltd. | A | Dividend | J | T | Sold (part) | 02/20/18 | J | A | |
| 599. - National Oilwell | A | Dividend | J | T | Buy (add'l) | 12/31/18 | J | | |
| 600. - Nestle | A | Dividend | J | T | | | | | |
| 601. - Nordson | A | Dividend | J | T | | | | | |
| 602. - Novozymes | | None | J | T | Buy | 05/10/18 | J | | |
| 603. - NOW Inc. | | None | J | T | | | | | |
| 604. - Nuance Comm. | | None | J | T | Buy (add'l) | 05/11/18 | J | | |
| 605. - Nucor | A | Dividend | J | T | | | | | |
| 606. - Park24 | A | Dividend | J | T | | | | | |
| 607. - Pentair | A | Dividend | J | T | Buy (add'l) | 06/11/18 | J | | |
| 608. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 609. - Pool Corp. | A | Dividend | J | T | | | | | |
| 610. - Primerica | A | Dividend | J | T | Sold (part) | 10/30/18 | J | A | |
| 611. -Qurate Retail Inc. (see note Part VIII) | | None | J | T | Open | 04/10/18 | J | | |
| 612. | | | | | Buy (add'l) | 12/31/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - RBC Bearngs | | None | J | T | Sold (part) | 01/30/18 | J | B | |
| 614. | | | | | Sold (part) | 10/30/18 | J | A | |
| 615. - Roche | A | Dividend | J | T | | | | | |
| 616. - Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 617. - SAP AG | A | Dividend | J | T | Sold (part) | 02/23/18 | J | A | |
| 618. - Sasol | A | Dividend | J | T | | | | | |
| 619. - Schlumberger | A | Dividend | J | T | | | | | |
| 620. - Seagate Tech. | A | Dividend | J | T | | | | | |
| 621. - Shire | A | Dividend | | | Sold | 05/10/18 | J | | |
| 622. - Signature Bank | A | Dividend | J | T | | | | | |
| 623. - Siteone Landscape Supply | | None | J | T | Buy | 10/10/18 | J | | |
| 624. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 625. - Snap-on | A | Dividend | J | T | | | | | |
| 626. - Sonova | A | Dividend | J | T | | | | | |
| 627. - Symrise | A | Dividend | J | T | | | | | |
| 628. - Sysmex | A | Dividend | J | T | | | | | |
| 629. - Taiwan Semiconductor | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - TE Connectivity | A | Dividend | J | T | | | | | |
| 631. - Temenos | | None | J | T | Buy | 05/31/18 | J | | |
| 632. - Tenaris | A | Dividend | J | T | | | | | |
| 633. - Teradyne | A | Dividend | J | T | Buy (add'l) | 06/01/18 | J | | |
| 634. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 635. - The Scotts Miracle-Gro | A | Dividend | J | T | Buy | 02/01/18 | J | | |
| 636. | | | | | Buy (add'l) | 06/11/18 | J | | |
| 637. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 638. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 639. - Thor Industries | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 640. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 641. - Turkiye Garanti | A | Dividend | | | Sold | 05/10/18 | J | | |
| 642. - Twitter | | None | J | T | | | | | |
| 643. - Unilever | A | Dividend | J | T | | | | | |
| 644. - United Health | A | Dividend | J | T | | | | | |
| 645. - Vertex | | None | J | T | | | | | |
| 646. - Wabco Holdings | | None | J | T | Buy (add'l) | 10/30/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - Weatherford I nt'l | | None | J | T | | | | | |
| 648. - Weibo | | None | J | T | | | | | |
| 649. - Western Digital Corp. | A | Dividend | J | T | Buy (add'l) | 12/31/18 | J | | |
| 650. - WPP | A | Dividend | | | Sold | 11/06/18 | J | | |
| 651. - Wynn Resorts | A | Dividend | | | Sold (part) | 01/30/18 | J | B | |
| 652. | | | | | Sold | 12/18/18 | J | A | |
| 653. - Exchange Traded Closed End Funds (H): | | | | | | | | | |
| 654. - Ishares MSCI EAFE Value Fund | B | Dividend | K | T | Buy (add'l) | 12/31/18 | J | | |
| 655. - Ishares Russell 3000 Fund | A | Dividend | K | T | | | | | |
| 656. - Mutual funds (H): | | | | | | | | | |
| 657. - Alliance Bernstein Global Bond Advisor Fund | A | Dividend | K | T | Buy (add'l) | 12/31/18 | J | | |
| 658. - Brandes Emerging Markets I Fund | A | Dividend | K | T | Buy (add'l) | 12/31/18 | J | | |
| 659. - Columbia Acorn Fund | A | Dividend | K | T | Buy (add'l) | 12/31/18 | J | | |
| 660. - Franklin Federated Intermediate-Term Tax Free Fund | C | Dividend | L | T | Buy (add'l) | 12/31/18 | J | | |
| 661. - Invesco Premier Tax Exempt | A | Dividend | K | T | | | | | |
| 662. - Lateef Fund | | None | K | T | Buy (add'l) | 12/31/18 | J | | |
| 663. - Lord Abbett Conv. Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - Lord Abbett Emer. Mkts. Fund | | None | | | Sold | 06/11/18 | K | | |
| 665. - Pimco Real Return Fund | A | Dividend | K | T | Buy (add'l) | 12/31/18 | J | | |
| 666. - TCW Emerging Markets Fund | A | Dividend | K | T | Buy | 06/11/18 | K | | |
| 667. - TCW Total Return Bond Fund | A | Dividend | K | T | Buy (add'l) | 12/31/18 | J | | |
| 668. - IRA consisting of Stocks and Corporate (H): Bonds: | | | | | | | | | |
| 669. - brokerage account No. 1 (H): | | | | | | | | | |
| 670. - Morgan Stanley Bank (see note, part VIII) | A | Interest | K | T | | | | | |
| 671. - brokerage account No. 2 (H): | | | | | | | | | |
| 672. - Morgan Stanley, New Haven, CT liquid asset fund | D | Interest | J | T | | | | | |
| 673. - stocks (H): | | | | | | | | | |
| 674. - Abbott Laboratories | A | Dividend | | | Buy | 01/29/18 | J | | |
| 675. | | | | | Sold | 10/16/18 | J | A | |
| 676. - Abbvie | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 677. | | | | | Sold (part) | 05/18/18 | J | A | |
| 678. | | | | | Sold (part) | 07/19/18 | J | A | |
| 679. | | | | | Sold | 09/19/18 | J | A | |
| 680. - Allstate | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 682. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 683. - American Electric Power | | None | | | Sold | 01/19/18 | J | A | |
| 684. - American Express | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 685. | | | | | Sold | 05/10/18 | J | A | |
| 686. - Ameriprise Financial | A | Distribution | | | Sold (part) | 01/12/18 | J | A | |
| 687. | | | | | Sold (part) | 10/26/18 | J | A | |
| 688. | | | | | Sold | 12/17/18 | J | A | |
| 689. - Amgen | A | Dividend | | | Buy | 09/19/18 | J | | |
| 690. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 691. | | | | | Sold | 12/17/18 | J | | |
| 692. - Anthem | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 693. - Apple | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 694. | | | | | Sold (part) | 05/18/18 | J | A | |
| 695. | | | | | Sold (part) | 10/26/18 | J | A | |
| 696. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 697. | | | | | Sold | 12/17/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. - AT&T | A | Dividend | | | Buy (add'l) | 05/21/18 | J | | |
| 699. | | | | | Sold (part) | 11/23/18 | J | A | |
| 700. | | | | | Sold | 12/17/18 | J | | |
| 701. - Bank of America | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 702. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 703. | | | | | Sold | 12/17/18 | J | A | |
| 704. - BB&T | A | Dividend | | | Sold (part) | 05/18/18 | J | A | |
| 705. | | | | | Sold | 07/19/18 | J | A | |
| 706. - Carnival | A | Dividend | | | Sold | 07/02/18 | J | A | |
| 707. - Celanese | | None | | | Buy | 11/23/18 | J | | |
| 708. | | | | | Sold | 12/17/18 | J | | |
| 709. - Chevron | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 710. | | | | | Sold | 08/24/18 | J | A | |
| 711. - Cisco | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 712. | | | | | Sold (part) | 05/18/18 | J | A | |
| 713. | | | | | Sold (part) | 10/26/18 | J | | |
| 714. | | | | | Sold | 12/17/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  - Citizens Financial | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 716. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 717. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 718. | | | | | Sold | 12/17/18 | J | | |
| 719.  - Comcast | A | Dividend | | | Buy | 06/29/18 | J | | |
| 720. | | | | | Sold (part) | 10/26/18 | J | A | |
| 721. | | | | | Sold (part) | 11/23/18 | J | A | |
| 722. | | | | | Sold | 12/17/18 | J | A | |
| 723.  - Comerica | A | Dividend | | | Buy | 07/31/18 | J | | |
| 724. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 725. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 726. | | | | | Sold | 12/17/18 | J | | |
| 727.  - Conagra Brands | | None | | | Buy | 10/16/18 | J | | |
| 728. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 729. | | | | | Sold | 12/17/18 | J | | |
| 730.  - Conoco Pillips | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 731. | | | | | Sold (part) | 05/18/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 10/16/18 | J | A | |
| 733. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 734. | | | | | Sold | 12/17/18 | J | | |
| 735. - Devon Energy | A | Dividend | | | Buy | 01/15/18 | J | | |
| 736. | | | | | Sold | 06/05/18 | J | | |
| 737. - Dr. Pepper Snapple Group | A | Dividend | | | Redeemed | 03/02/18 | J | A | |
| 738. - Eastman Chemical | A | Dividend | | | Sold (part) | 05/18/18 | J | A | |
| 739. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 740. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 741. | | | | | Sold (part) | 11/23/18 | J | A | |
| 742. | | | | | Sold | 12/17/18 | J | | |
| 743. - Eaton | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 744. - Eli Lilly | A | Dividend | | | Buy | 06/20/18 | J | | |
| 745. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 746. | | | | | Sold (part) | 11/23/18 | J | A | |
| 747. | | | | | Sold | 12/17/18 | J | A | |
| 748. - Entergy | A | Dividend | | | Buy (add'l) | 05/21/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 11/23/18 | J | A | |
| 750. | | | | | Sold | 12/17/18 | J | A | |
| 751. - Exelon | A | Dividend | | | Buy | 10/26/18 | J | | |
| 752. | | | | | Sold | 12/17/18 | J | A | |
| 753. - Exxon Mobil | | None | | | Sold | 01/12/18 | J | A | |
| 754. - General Dynamics | A | Dividend | | | Sold (part) | 05/18/18 | J | A | |
| 755. | | | | | Sold | 07/13/18 | J | A | |
| 756. - General Motors | A | Dividend | | | Sold (part) | 06/05/18 | J | A | |
| 757. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 758. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 759. | | | | | Sold (part) | 11/23/18 | J | A | |
| 760. | | | | | Sold | 12/17/18 | J | | |
| 761. - Goldman Sachs | A | Dividend | | | Buy | 02/06/18 | J | | |
| 762. | | | | | Sold | 06/20/18 | J | | |
| 763. - Honeywell | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 764. - Host Hotels & Resorts | A | Dividend | | | Buy | 08/02/18 | J | | |
| 765. | | | | | Buy (add'l) | 10/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 11/25/18 | J | | |
| 767. | | | | | Sold | 12/17/18 | J | | |
| 768.  - HP Inc | A | Dividend | | | Sold (part) | 06/05/18 | J | A | |
| 769. | | | | | Sold (part) | 10/16/18 | J | A | |
| 770. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 771. | | | | | Sold | 12/17/18 | J | A | |
| 772.  - Ingredion | A | Dividend | | | Buy (add'l) | 05/14/18 | J | | |
| 773. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 774. | | | | | Sold | 08/03/18 | J | | |
| 775.  - Intel | A | Dividend | | | Sold (part) | 05/11/18 | J | A | |
| 776. | | | | | Sold (part) | 06/05/18 | J | A | |
| 777. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 778. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 779. | | | | | Sold | 12/17/18 | J | A | |
| 780.  - International Paper | A | Dividend | | | Buy (add'l) | 09/28/18 | J | | |
| 781. | | | | | Sold (part) | 10/24/18 | J | | |
| 782. | | | | | Buy (add'l) | 10/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**    Name of Person Reporting    Date of Report

09/23/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold (part) | 11/23/18 | J | | |
| 784. | | | | | Sold | 12/17/18 | J | | |
| 785. - Johnson & Johnson | A | Dividend | | | Sold (part) | 11/23/18 | J | A | |
| 786. | | | | | Sold | 12/17/18 | J | A | |
| 787. - JP Morgan Chase | A | Dividend | | | Sold (part) | 05/11/18 | J | B | |
| 788. | | | | | Sold | 12/17/18 | J | B | |
| 789. - Kansas City Southern | A | Dividend | | | Buy (add'l) | 11/26/18 | J | | |
| 790. | | | | | Sold | 11/26/18 | J | | |
| 791. - Lam Research | A | Dividend | | | Sold (part) | 02/06/18 | J | A | |
| 792. | | | | | Sold | 09/12/18 | J | | |
| 793. - Lockheed Martin | A | Dividend | | | Buy | 07/13/18 | J | | |
| 794. | | | | | Sold | 12/17/18 | J | | |
| 795. - Medtronic | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 796. - Merck | A | Dividend | K | T | Buy | 09/13/18 | J | | |
| 797. | | | | | Sold (part) | 11/23/18 | J | A | |
| 798. - Metlife | A | Dividend | | | Buy (add'l) | 09/28/18 | J | | |
| 799. | | | | | Buy (add'l) | 10/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 801. | | | | | Sold | 12/17/18 | J | | |
| 802. - Mondelez Intl | A | Dividend | | | Buy | 03/02/18 | J | | |
| 803. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 804. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 805. | | | | | Sold (part) | 11/23/18 | J | A | |
| 806. | | | | | Sold | 12/17/18 | J | | |
| 807. - Morgan Stanley | A | Dividend | | | Buy (add'l) | 09/28/18 | J | | |
| 808. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 809. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 810. | | | | | Sold | 12/17/18 | J | | |
| 811. - Occidental Petroleum | A | Dividend | | | Buy | 06/05/18 | J | | |
| 812. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 813. | | | | | Sold | 12/17/18 | J | | |
| 814. - Oracle | A | Dividend | | | Sold | 05/18/18 | J | A | |
| 815. - Pfizer | A | Dividend | | | Sold (part) | 11/23/18 | J | A | |
| 816. | | | | | Sold | 12/17/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - Procter & Gamble | A | Dividend | | | Sold | 01/26/18 | J | A | |
| 818. - Public Service Enterprise | A | Dividend | J | T | Sold (part) | 11/23/18 | J | A | |
| 819. - Qualcomm | A | Dividend | | | Buy | 09/12/18 | J | | |
| 820. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 821. | | | | | Sold | 12/17/18 | J | A | |
| 822. - Quest Diagnostics | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 823. | | | | | Sold (part) | 05/18/18 | J | A | |
| 824. | | | | | Sold (part) | 06/05/18 | J | A | |
| 825. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 826. | | | | | Sold | 12/17/18 | J | A | |
| 827. - Reinsurance Corp. of America | A | Dividend | | | Buy (add'l) | 09/28/18 | J | | |
| 828. | | | | | Sold | 12/17/18 | J | | |
| 829. - Royal Dutch Shell | A | Dividend | | | Sold | 12/17/18 | J | | |
| 830. - Schlumberger | A | Dividend | | | Buy (add'l) | 09/28/18 | J | | |
| 831. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 832. | | | | | Sold | 11/29/18 | J | | |
| 833. - Suntrust | A | Dividend | | | Sold | 09/13/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. - Target | A | Dividend | | | Buy | 07/02/18 | J | | |
| 835. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 836. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 837. | | | | | Sold | 12/17/18 | J | | |
| 838. - Time Warner | | None | | | Buy | 05/18/18 | J | | |
| 839. | | | | | Sold | 12/17/18 | J | | |
| 840. - Total | A | Dividend | | | Buy | 08/24/18 | J | | |
| 841. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 842. | | | | | Sold | 12/17/18 | J | | |
| 843. - United Technologies | A | Dividend | | | Redeemed (part) | 11/23/18 | J | A | |
| 844. | | | | | Sold | 12/17/18 | J | A | |
| 845. - U.S. Bancorp | A | Dividend | | | Sold (part) | 11/23/18 | J | | |
| 846. | | | | | Sold | 12/17/18 | J | A | |
| 847. - Valero | A | Dividend | | | Buy | 05/10/18 | J | | |
| 848. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 849. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 850. | | | | | Sold | 12/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. - Verizon | A | Dividend | | | Buy (add'l) | 05/21/18 | J | | |
| 852. | | | | | Sold | 12/17/18 | J | A | |
| 853. - VF Corp. | A | Dividend | | | Sold (part) | 08/24/18 | J | A | |
| 854. | | | | | Sold | 12/17/18 | J | A | |
| 855. - Walmart | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 856. - Walt Disney | | None | | | Buy | 12/03/18 | J | | |
| 857. | | | | | Sold | 12/17/18 | J | | |
| 858. - Exchange Traded and Closed End Funds (H): | | | | | | | | | |
| 859. - Deutsche X-Trackers MSCI Fund | B | Dividend | L | T | Buy (add'l) | 10/17/18 | J | | |
| 860. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 861. | | | | | Sold (part) | 12/17/18 | J | | |
| 862. - Invesco Dynamic Large Cap Fund | B | Dividend | L | T | Buy | 04/02/18 | L | | |
| 863. | | | | | Buy (add'l) | 12/17/18 | P1 | | |
| 864. - Ishares Barclays 7-10 Year Treasury Fund | A | Dividend | L | T | Buy (add'l) | 05/14/18 | J | | |
| 865. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 866. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 867. | | | | | Buy (add'l) | 10/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

Page 55 of 60

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Sold (part) | 12/17/18 | J | | |
| 869.  - Ishares MSCI EAFE Index Fund | B | Dividend | K | T | Buy (add'l) | 09/28/18 | J | | |
| 870. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 871. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 872. | | | | | Sold (part) | 12/17/18 | J | | |
| 873.  - Ishares Russell 1000 Index Fund | B | Dividend | L | T | Sold (part) | 05/18/18 | K | D | |
| 874. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 875. | | | | | Sold (part) | 12/17/18 | J | A | |
| 876.  - Ishares Russell 1000 Value Fund | B | Dividend | L | T | Sold (part) | 06/05/18 | J | C | |
| 877. | | | | | Sold (part) | 12/17/18 | J | A | |
| 878.  - Ishares Russell 3000 Fund | B | Dividend | L | T | Sold (part) | 10/16/18 | K | | |
| 879. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 880. | | | | | Sold (part) | 12/17/18 | J | | |
| 881.  - Ishares Russell mid-cap Fund | A | Dividend | L | T | Buy (add'l) | 11/26/18 | J | | |
| 882. | | | | | Sold (part) | 12/17/18 | J | | |
| 883.  - Ishares TIPS Bond Fund | A | Dividend | K | T | Buy (add'l) | 05/14/18 | J | | |
| 884. | | | | | Buy (add'l) | 05/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 09/23/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 885. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 886. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 887. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 888. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 889. | | | | | Sold (part) | 12/17/18 | J | | |
| 890. - SPDR DJ Wilshire Int'l Real Estate | B | Dividend | K | T | Buy (add'l) | 05/21/18 | J | | |
| 891. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 892. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 893. | | | | | Sold (part) | 12/17/18 | J | | |
| 894. - Vanguard Utilities Fund | C | Distribution | M | T | Sold (part) | 11/23/18 | J | C | |
| 895. | | | | | Sold (part) | 12/19/18 | J | B | |
| 896. - Mutual Funds (H): | | | | | | | | | |
| 897. - Cohen & Steers Pref. Sec. & Inc. I | B | Dividend | L | T | Buy (add'l) | 05/14/18 | J | | |
| 898. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 899. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 900. | | | | | Sold (part) | 10/26/18 | J | | |
| 901. | | | | | Buy (add'l) | 10/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Page 57 of 60

Newman, Jon O.

09/23/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 903. - Guggenheim Total Return BD 1 Fund | A | Dividend | K | T | Buy (add'l) | 05/21/18 | J | | |
| 904. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 905. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 906. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 907. | | | | | Sold (part) | 12/17/18 | J | | |
| 908. - Invesco AIM ATST Premier Fund | A | Dividend | J | T | Buy (add'l) | 05/14/18 | J | | |
| 909. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 910. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 911. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 912. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 913. - JHF Seaport Long/Short Fund | C | Distribution | L | T | Buy | 10/29/18 | J | | |
| 914. - Legg Mason Western Asset Emerging Markets Fund | C | Dividend | L | T | Buy (add'l) | 05/14/18 | J | | |
| 915. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 916. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 917. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 918. | | | | | Buy (add'l) | 11/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

FINANCIAL DISCLOSURE REPORT
Page 58 of 60

Name of Person Reporting
Newman, Jon O.

Date of Report
09/23/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - Mainstay Marketfield I Fund | | None | | | Sold | 10/29/18 | L | | |
| 920. - Oppenheimer Int'l Fund | B | Dividend | L | T | Buy (add'l) | 05/14/18 | J | | |
| 921. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 922. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 923. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 924. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 925. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 27: This mutual fund, which was listed on the 2017 report, changed its name to Janus Henderson Intl Fund, which is listed on this report on line 29.
Line 176: This is a duplicate entry for line 138.
Line 562: This transaction is classified as a spin-off because that was the closest label available; the acquisition was in fact an exchange.
Line 584 and 611. Liberty Interactive changed its name to Qurate Retail Inc.
Line 670: Morgan Stanley Bank account was formerly Citibank deposit

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

Page 60 of 60

Newman, Jon O.

09/23/2019

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Jon O. Newman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544